imposition of sanctions of $2,492 against defendant's counsel for his frivolous conduct in moving for an order of preclusion prior to the date on which the bill of particulars was due. Because the conduct of defendant's counsel was without basis in law or fact (see, 22 NYCRR 130-1.1 [c] [i]), the imposition of sanctions was a proper exercise of Supreme Court's discretion. (Appeal from Judgment of Supreme Court, Ontario County, Harvey, J.—Sanctions.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ ROBERT WILSON, Respondent, v NEW YORK POWER AUTHORITY, Appellant. [632 NYS2d 1003] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion for an order directing plaintiff to submit to a psychological examination (see, CPLR 3121 [a]). Plaintiff has not sought damages for psychological injury or otherwise placed his mental condition in controversy (see, Zimmer v Cathedral School of St. Mary & St. Paul, 204 AD2d 538; cf., LaBossiere v Hudson, 187 AD2d 411; Starling v Warshowski, 148 AD2d 441). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Discovery.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ BRYCE MARINE, INC., Appellant, v RINKER BOAT CO., INC., et al., Respondents. (Appeal No. 1.) [633 NYS2d 1021] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Siracuse, J. (Appeal from Judgment of Supreme Court, Monroe County, Siracuse, J.—Permanent Injunction.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ BRYCE MARINE, INC., Appellant-Respondent, v RINKER BOAT CO., INC., et al., Respondents-Appellants. (Appeal No. 2.) [633 NYS2d 1021] —Appeal unanimously dismissed (see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc., 147 AD2d 977) and cross appeal dismissed without costs (see, Town of Massena v Niagara Mohawk Power Corp., 45 NY2d 482, 488; Matter of Brown v Starkweather, 197 AD2d 840, 841, lv denied 82 NY2d 653). (Appeals from Order of Supreme Court, Monroe County, Siracuse, J.—Permanent Injunction.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OAKLEY T. GRIFFIS, Appellant. [632 NYS2d 731] —Judgment unanimously affirmed. Memorandum: County Court properly denied defendant's motion to suppress the shotgun found in plain view by the police during a protective sweep of the motel